# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/2/2015 2:39:36 PM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known): **12** - 15 - 00093 - CR

Trial Court Style: TX V LOPEZ-HERNANDEZ

Trial Court & County: Nacogdoches / 420th   Trial Court No.: F1521498

Date Trial Clerk's Record Originally Due:

Date Court Reporter's/Recorder's Record Originally Due: 7. 2. 2015

Anticipated Number of Pages of Record: 480

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:    (Check all that apply - attach additional pages if necessary.)

☐    to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☐    my duties listed below preclude working on this record:

☒    Other. (Explain.): Court proceedings, other records

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by 7.20 , and I hereby request an additional  14  days within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

7. 2. 2015
Date

936 560 >>98
Office Phone Number

asimmons@co.nacogdoches.tx.us.
E-mail Address (if available)

Signature *Andrea K Simmons*

Printed Name Andrea K Simmons

Official Title Court reporter